```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                              Plaintiff,                    :   12 Civ. 7527 (JMF)
                                                            :
              -v-                                           :   ORDER
                                                            :
WELLS FARGO BANK, N.A.,                                     :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In the parties' joint letter of November 7, 2013, the Government reports that it intends to seek leave to join as a defendant an individual Wells Fargo Home Mortgage Vice President; Wells Fargo indicates that it will oppose any such request. The parties should be prepared to address the question of whether such leave should be granted at the initial pretrial conference on November 14, 2013. The parties may submit letter briefs, not to exceed three pages, with any legal authority supporting their respective positions. Any such letter brief shall be filed no later than **November 13, 2013**, at **noon**.

SO ORDERED.

Dated:  P qxgo dgt", 2013
        New York, New York

_____
JESSE M. FURMAN
United States District Judge