PREET BHARARA
United States Attorney for the
Southern District of New York
BY:   JEFFREY S. OESTERICHER
      SARAH J. NORTH
      REBECCA S. TINIO
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2800
Facsimile No. (212) 637-2730
Jeffrey.Oestericher@usdoj.gov
Sarah.North@usdoj.gov
Rebecca.Tinio@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   -against-<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | 12 Civ. 7527 (JMF)(JCF)<br><br>**NOTICE OF MOTION OF THE UNITED STATES OF AMERICA TO AMEND ITS COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Sarah J. North and the exhibits appended thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, plaintiff the United States of America will move this Court, before the Honorable Jesse M. Furman, at the United States Courthouse, 40 Foley Square, Courtroom 1105, New York, New York  10007, at a date and time to be determined by the Court, for an order granting it leave to file a second amended complaint to join Kurt Lofrano as a party defendant, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 21, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated November 14, 2013, opposition papers must be served on or before December 2, 2013, and reply papers must be served on or before December 6, 2013.

Dated:   New York, New York
            November 22, 2013

                    PREET BHARARA
                    United States Attorney for the
                    Southern District of New York
                    Attorney for the United States of America

By:     s/Sarah J. North_____
        JEFFREY S. OESTERICHER
        SARAH J. NORTH
        REBECCA S. TINIO
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone No. (212) 637-2800
        Facsimile No. (212) 637-2730
        Jeffrey.Oestericher@usdoj.gov
        Sarah.North@usdoj.gov
        Rebecca.Tinio@usdoj.gov