UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

WELLS FARGO BANK, N.A. et al.,

                Defendants.

12 Civ. 7527 (JMF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2014

JESSE M. FURMAN, United States District Judge:

    *Pro se* nonparty Anthony L. Viola wrote a letter dated June 16, 2014 to the Court requesting copies of certain filings in this action, which are "directly related to [his] appeal" in the Sixth Circuit Court of Appeals. (Docket No. 122). The Clerk of Court is directed to strike Docket No. 122 from the record as it is not relevant to the instant action.

    The Clerk of Court is directed to mail a copy of this Order to Mr. Viola at the address below.

    SO ORDERED.

Dated: July 7, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

Mail to:
Anthony L. Viola
No. 32238160
McKean Federal Correctional Institution
P.O. Box 8000
Bradford, PA 16701