```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                           Plaintiff,                        :    12-CV-7527 (JMF)
                                                             :
           -v-                                               :    SCHEDULING ORDER
                                                             :
WELLS FARGO BANK, N.A., et al.,                              :
                                                             :
                           Defendants.                       :
                                                             :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

For the reasons stated on the record at the conference held earlier today, the Case Management Plan and Scheduling Order ("CMP") in this case are modified as follows:

1. The date in paragraph 7(b) of the CMP for the completion of all **fact discovery** is extended to **May 15, 2015**.

2. The date in paragraph 7(c) of the CMP for the completion of all **expert discovery** is extended to **August 21, 2015**.

3. The date in paragraph 8(e) of the CMP for requests to admit is extended to **April 13, 2015**.

4. The next conference is scheduled for **May 18, 2015,** at **3:15 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

5. In all other respects, the CMP remains in full force and effect (except insofar as it may have been previously modified by Order of this Court).

The parties should not expect the Court to grant any further extensions, whether on the basis of settlement negotiations or otherwise.

        SO ORDERED.

Dated: November 18, 2014
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge