



*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 25, 2015

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
40 Foley Square
New York, New York 10007

      Re:  <u>*United States v. Wells Fargo Bank, N.A.*, 12 Civ. 7527 (JMF)</u>

Dear Judge Furman:

      We write respectfully on behalf of plaintiff the United States of America (the "Government") to correct an error in the Government's letter to the Court dated April 22, 2015. (Dkt. # 160). In the April 22, 2015, letter, the Government maintained that defendant Wells Fargo Bank, N.A. ("Wells Fargo" or the "Bank") would not have presented Rule 30(b)(6) testimony on any of the topics that the Government had asked the bank to prioritize by April 23, 2015. (*See* Dkt # 160 at 3). However, as Wells Fargo pointed out in its letter dated April 24, 2015 (*see* Dkt. #163 at 1 n.1), the Bank presented testimony on three such topics on April 23, 2015. The Government sincerely apologizes for this mistake.

                          Respectfully submitted,

                          PREET BHARARA
                        United States Attorney

By:   */s/ Caleb Hayes-Deats*
      JEFFREY S. OESTERICHER
      REBECCA S. TINIO
      CHRISTOPHER B. HARWOOD
      CALEB HAYES-DEATS
      DOMINIKA TARCZYNSKA
      Assistant United States Attorneys
      Tel:  (212) 637-2698/2774/2726/2699
      Fax:  (212) 637-2730