```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                    Plaintiff,                         :      12-CV-7527 (JMF)
                                                                       :
              -v-                                                      :      ORDER
                                                                       :
WELLS FARGO BANK, N.A., et al.,                                        :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2015

JESSE M. FURMAN, United States District Judge:

      Upon review of the parties' submissions (Docket Nos. 179 and 182), the Government's letter motion seeking an informal conference or an order quashing the deposition notice for Justin Burch is DENIED. Although it is a close call, the Court is persuaded that there are sufficient reasons for Defendant Lofrano to seek the deposition testimony of Mr. Burch, notwithstanding the depositions taken of other OLAPC and QAD employees. Further, although the number of depositions scheduled for next week is certainly high, the parties have only themselves to blame for the burden, as they elected to unilaterally pause discovery pending their settlement discussions earlier in the case and to backload discovery.

      SO ORDERED.

Dated: May 8, 2015  
       New York, New York

_____  
JESSE M. FURMAN  
United States District Judge