

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 26, 2015

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
40 Foley Square
New York, New York 10007

      Re:  <u>United States v. Wells Fargo Bank, N.A.</u>, 12 Civ. 7527 (JMF)

Dear Judge Furman:

      We write respectfully on behalf of plaintiff the United States of America (the "Government") to bring to the Court's attention a decision issued today by the United States Supreme Court in <u>Kellogg Brown & Root Services, Inc. v. United States ex rel. Carter</u>, No. 12-1497, ___ S. Ct. ___, 2015 WL 2456621 (U.S. May 26, 2015).  In <u>Kellogg Brown & Root Services</u>, the Supreme Court held that the Wartime Suspension of Limitations Act, 18 U.S.C. § 3287 ("WSLA"), applies only to criminal offenses, and not to civil claims.  Accordingly, the Government is no longer relying on the WSLA with respect to its statute of limitations arguments in this case.  A copy of the Supreme Court's decision is annexed hereto.

      Thank you for your consideration of this matter.

                           Respectfully submitted,

                           PREET BHARARA
                           United States Attorney

By:   */s/ Jeffrey Oestericher*
       JEFFREY S. OESTERICHER
       REBECCA S. TINIO
       CHRISTOPHER B. HARWOOD
       CALEB HAYES-DEATS
       DOMINIKA TARCZYNSKA
       Assistant United States Attorneys
       Tel:   (212) 637-2698/2774/2726/2699
       Fax:  (212) 637-2730