<u>United States v. Wells Fargo Bank, N.A., et al.</u>
Case No.: 12 Civ. 7527 (JMF) (JCF)

CERTIFICATE OF SERVICE

     I, Rebecca S. Tinio, an Assistant United States Attorney for the Southern District of New York, hereby certify that pursuant to Paragraph 19 of the Protective Order in this case, on May 26, 2015, I caused a copy of the Notice of Motion of the United States of America to Reopen Fact Discovery for a Limited Purpose and to Compel the Production of Documents from Defendant Wells Fargo Bank, N.A., Memorandum of Law in Support, and Declaration of Rebecca S. Tinio to be delivered to the Court and served upon all counsel by electronic mail.

Dated:  New York, New York
         May 26, 2015

                                           */s/ Rebecca S. Tinio*
                                           REBECCA S. TINIO