

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 12, 2015

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
40 Foley Square
New York, New York 10007

Re: <u>*United States v. Wells Fargo Bank, N.A.*</u>, 12 Civ. 7527 (JMF)

Dear Judge Furman:

We write on behalf of plaintiff the United States of America (the "Government") to provide an update with respect to challenges raised by Defendant Kurt Lofrano to 390 entries on the Government's privilege log.  As the Court may recall, the parties have been meeting and conferring regarding Defendant Lofrano's challenges in an effort to resolve any disputes.  *See* Dkt. Nos 197, 209.  In the event that any disputes persisted, the Government's deadline to file briefing defending its privilege assertions was set for June 12, 2015.  *See* Dkt. Nos. 209-10.  The Government reports herein that Defendant Lofrano's challenges to 390 entries on the Government's privilege log appear to have been resolved, with no dispute to present to the Court.  Counsel for Defendant Lofrano has reserved the right to raise new challenges, or to renew past challenges, based on: (1) their review of recent revisions to the Government's privilege log, and (2) their review of documents and information that the Government has agreed to provide with respect to the resolution of Defendant Lofrano's challenges to the 390 entries.

We appreciate the Court's assistance in this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:     */s/ Rebecca S. Tinio*
JEFFREY S. OESTERICHER
REBECCA S. TINIO
CHRISTOPHER B. HARWOOD
CALEB HAYES-DEATS
DOMINIKA TARCZYNSKA
Assistant United States Attorneys
Tel:   (212) 637-2698/2774/2726/2699
Fax:  (212) 637-2730