*United States v. Wells Fargo Bank, N.A., et al.*
Case No. 12 Civ. 7527 (JMF) (JCF)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to Paragraph 19 of the Protective Order in this case, on the 24th day of June 2015, I caused a copy of Wells Fargo Bank, N.A.'s Memorandum of Law in Support of Its Motion to Compel the Re-Production of "Clawed Back" Documents and an Adequate and Complete Privilege Log from Plaintiff and the Declaration of Kayla Stachniak Kaplan, dated June 24, 2015, with attached exhibits, to be delivered to the Court and served upon all counsel by electronic mail.

Dated: Washington, DC
June 24, 2015

By: */s/ Douglas W. Baruch*
Douglas W. Baruch, *pro hac vice*
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
801 17th Street NW
Washington, DC 20006
(202) 639-7000
douglas.baruch@friedfrank.com

1