```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                       Plaintiff,            :          12-CV-7527 (JMF)
                                                                        :
               -v-                        :          <u>ORDER</u>
                                                                        :
WELLS FARGO BANK, N.A., et al.,                                         :
                                                                        :
                       Defendants.                                  :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On June 30, 2015, the Court directed any party who wished to do so to file a letter justifying any proposed redactions to the papers filed in connection with the Government's motion to re-open fact discovery for a limited purpose. (Docket No. 243). Substantially for the reasons explained in Wells Fargo's July 10, 2015 letter, Wells Fargo's request to redact portions of the memoranda of law and to maintain several deposition excerpts and exhibits under seal (Docket No. 251 at 3-4) is GRANTED, as the documents contain confidential information regarding Wells Fargo's business strategy.

        Accordingly, within **one week** of the date of this Order, the parties shall publicly file — under seal, in redacted form, or unredacted, as the case may be — all necessary documents that have not already been filed. They shall also file with the Sealed Record Department all documents to be filed under seal or in redacted form.

        SO ORDERED.

Dated: July 13, 2015
       New York, New York

                                                                         JESSE M. FURMAN
                                                                    United States District Judge