PREET BHARARA
United States Attorney for the
Southern District of New York
BY:   JEFFREY S. OESTERICHER
      REBECCA S. TINIO
      CHRISTOPHER B. HARWOOD
      CALEB HAYES-DEATS
      DOMINIKA TARCZYNSKA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2800
Facsimile No. (212) 637-2730
Jeffrey.Oestericher@usdoj.gov
Rebecca.Tinio@usdoj.gov
Christopher.Harwood@usdoj.gov
Caleb.Hayes-Deats@usdoj.gov
Dominika.Tarczynska@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>-against-<br><br>WELLS FARGO BANK, N.A. AND<br>KURT LOFRANO,<br><br>  Defendants. | 12 Civ. 7527 (JMF)(JCF)<br><br>**NOTICE OF MOTION OF THE**<br>**UNITED STATES OF AMERICA**<br>**TO REOPEN FACT DISCOVERY FOR**<br>**A LIMITED PURPOSE AND TO COMPEL**<br>**THE PRODUCTION OF DOCUMENTS**<br>**FROM DEFENDANT WELLS FARGO**<br>**BANK, N.A.** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Rebecca S. Tinio and the exhibits appended thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, plaintiff the United States of America will move this Court, before the Honorable Jesse M. Furman, at the United States Courthouse, 40 Foley Square, Courtroom 1105, New York, New York 10007, at a date and time to be determined by the Court, for an order granting its motion to: (1) reopen fact discovery for the limited purpose of taking discovery concerning Defendant Kurt Lofrano's assertion of the advice of counsel defense, and (2) compel

Defendant Wells Fargo Bank, N.A. to produce documents concerning legal advice rendered relating to its self-reporting policy, pursuant to Federal Rule of Civil Procedure 37, and for such other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated May 18, 2015, opposition papers must be served on or before June 2, 2015, and reply papers must be served on or before June 8, 2015.

Dated:   New York, New York
          May 26, 2015

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for the United States of America

                    By:     __s/ Jeffrey S. Oestericher_____
                                      JEFFREY S. OESTERICHER
                                      REBECCA S. TINIO
                                      CHRISTOPHER B. HARWOOD
                                      CALEB HAYES-DEATS
                                      DOMINIKA TARCZYNSKA
                                      Assistant United States Attorneys
                                      86 Chambers Street, Third Floor
                                      New York, New York 10007
                                      Telephone No. (212) 637-2800
                                      Facsimile No. (212) 637-2730
                                      Jeffrey.Oestericher@usdoj.gov
                                      Rebecca.Tinio@usdoj.gov
                                      Christopher.Harwod@usdoj.gov
                                      Caleb.Hayes-Deats@usdoj.gov
                                      Dominika.Tarczynska@usdoj.gov