**Fried, Frank, Harris, Shriver & Jacobson LLP**

801 17th Street NW
Washington, DC 20006
Tel: 202.639.7000
Fax: 202.639.7003
www.friedfrank.com



Direct Line:  202.639.7052
Email: douglas.baruch@friedfrank.com

November 10, 2015

**By ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1105
New York, NY 10007

Re:  *United States v. Wells Fargo Bank, N.A., et al.*, No. 12-CV-7527 (JMF) (JCF)

Dear Judge Furman:

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully writes in response to the Court's November 6, 2015 endorsement of the letter filed by the Government on November 4, 2015 (Dkt. 311).  Wells Fargo agrees that the Government's letter responds to the items outstanding from this Court's October 21, 2015 Order (Dkt. 302).

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By:    */s/ Douglas W. Baruch*
Douglas W. Baruch
Jennifer M. Wollenberg

*Attorneys for Wells Fargo Bank, N.A.*