

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 3, 2016

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
40 Foley Square
New York, New York 10007

                Re:   <u>United States v. Wells Fargo Bank, N.A.</u>, 12 Civ. 7527 (JMF)

Dear Judge Furman:

      We write to notify the Court that a settlement in principle has been reached that would resolve all claims in this matter, as well as potential civil liability of Wells Fargo Bank, N.A. beyond the scope of this matter. The full agreement is being drafted and remains subject to approval by certain officials in the Department of Justice.

      Accordingly, all parties respectfully request that the current briefing schedule for their privilege dispute (where briefing was deferred to February 3 per this Court's January 20 memorandum endorsement of the parties' January 20 letter to chambers) and summary judgment/*Daubert* motions (currently due February 25 (Dkt. 313)) be adjourned until further order of the Court and that the parties be ordered to provide a status report to the Court no later than February 17, 2016.

      The parties are available to speak with the Court in the event that the Court would like additional information.

      We thank the Court for its consideration of this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   */s/ Jeffrey Oestericher*
     JEFFREY OESTERICHER
     REBECCA S. TINIO
     CHRISTOPHER B. HARWOOD
     CALEB HAYES-DEATS
     DOMINIKA TARCZYNSKA
     Assistant United States Attorneys
     Tel: (212) 637-2698/2774/2728/2699
     Fax: (212) 637-2730

cc: Douglas Baruch, Esq.
    Fried Frank Harris Shriver & Jacobson LLP

    Meredith Kotler, Esq.
    Cleary Gottlieb Steen & Hamilton LLP