```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                            Plaintiff,              :   12-CV-7527 (JMF)
                                                    :
            -v-                                     :   ORDER OF DISMISSAL
                                                    :
WELLS FARGO BANK, N.A., et al.,                     :
                                                    :
                            Defendants.             :
                                                    :
--------------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2016
```

JESSE M. FURMAN, United States District Judge:

      The Court having been advised (Docket No. 314) that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.  (In the event that the parties seek an extension of that deadline, they shall provide a status report with respect to the settlement.)  Any pending motions are moot.  All conferences are vacated.

      The Clerk of Court is directed to terminate Docket No. 314 and to close the case.

      SO ORDERED.

Dated: February 3, 2016
       New York, New York

_____
JESSE M. FURMAN
United States District Judge